```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VWR INTERNATIONAL, etc., ) <br> ) <br> Defendant. ) <br> _____) | NO.  C 08 1422 SI <br><br> NOTICE OF VOLUNTARY <br> <u>DISMISSAL</u> |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for June 20, 2008

Dated: May 28, 2008                    ERSKINE & TULLEY

                                       By:<u>/s/Michael J. Carroll   </u>
                                          Michael J. Carroll
                                          Attorneys for Plaintiff

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

1           PROOF OF SERVICE BY MAIL

2  I am a citizen of the United States and employed in the City and
3  County of San Francisco, California.  I am over the age of
4  eighteen years and not a party to the within above entitled
5  action; my business address is 220 Montgomery Street, Suite 303,
6  San Francisco, California 94104.  On May 28, 2008 I served the
7  within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said
8  action, by placing a true copy thereof enclosed in a sealed
9  envelope with postage thereon fully prepaid, in the United
10 States post office mail box at San Francisco, California,
11 addressed as follows:

12 **Mr. Robert Gabe**
**VWR International**
13 **1310 Goshen Parkway**
**West Chester, PA 19380**

15 I, DIANE ANDRADE, certify (or declare), under penalty of perjury
16 that the foregoing is true and correct.
17 Executed on May 28, 2008 at San Francisco, California.

19                             /s/Diane Andrade
                                Diane Andrade